# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| GWENDOLY GRIFFIN ODOM, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 4:20-cv-00264-RSB-CLR |
| ) | |
| v. ) | |
| ) | |
| COASTAL STATES AUTOMOTIVE ) | |
| GROUP MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER
## TO STAY CERTAIN PRE-DISCOVERY DEADLINES

Having considered the Motion to Stay Certain Pre-discovery Deadlines submitted by Defendant COASTAL STATES AUTOMOTIVE GROUP MANAGEMENT, LLC the instant motion is **GRANTED**. Doc. 11.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Parties' obligations to serve initial disclosures, participate in a Rule 26(f) conference, and prepare and file a joint preliminary report and discovery plan are stayed as follows:

(1) The Parties' obligation to participate in a Local Rule 26(f) conference is stayed until the later of thirty (30) days after this Court's ruling on

1

    Plaintiff's Counsel's Motion to Withdraw, or thirty (30) days after appearance of new Plaintiff's Counsel.

(2) the Parties' obligation to submit a written Rule 26(f) report and discovery plan be stayed until fourteen (14) days after the parties' Rule 26 (f) conference; and

(3) the Parties' subsequent obligation to participate in discovery also be stayed until fourteen (14) days after the parties' Rule 26 (f) conference.

SO ORDERED this 31st day of December, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA